# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

NR GROUP 3 CONTRACTORS, INC.

*Plaintiff(s)*

v.

GROUP 3 CONTRACTORS, LLC, GIANNI CORRADI, and GASTON CORRADI

*Defendant(s)*

CASE NO: 17-cv-21945-SCOLA/Torres

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* GROUP 3 CONTRACTORS, LLC
c/o Bea Corradi, as Registered Agent
2250 SW 3rd Avenue
Suite 100
Miami, FL 33129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Scott D. Ponce
Holland & Knight LLP
701 Brickell Avenue
Suite 3300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date: May 25, 2017

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

NR GROUP 3 CONTRACTORS, INC.

*Plaintiff(s)*

v.

GROUP 3 CONTRACTORS, LLC, GIANNI CORRADI, and GASTON CORRADI

*Defendant(s)*

CASE NO: 17-cv-21945-SCOLA/Torres

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gianni Corradi
2250 SW 3rd Avenue
Suite 100
Miami, FL 33129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Scott D. Ponce
Holland & Knight LLP
701 Brickell Avenue
Suite 3300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: May 25, 2017

s/ Ledys M. Rodriguez
Deputy Clerk
U.S. District Courts

Steven M. Larimore
Clerk of Court

# UNITED STATES DISTRICT COURT

for the

Southern District of Florida

NR GROUP 3 CONTRACTORS, INC.

*Plaintiff(s)*

v.

GROUP 3 CONTRACTORS, LLC, GIANNI CORRADI, and GASTON CORRADI

*Defendant(s)*

CASE NO: 17-cv-21945-SCOLA/Torres

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Gaston Corradi
2250 SW 3rd Avenue
Suite 100
Miami, FL 33129

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Scott D. Ponce
Holland & Knight LLP
701 Brickell Avenue
Suite 3300
Miami, FL 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF FLORIDA

**SUMMONS**

Date: May 25, 2017

Steven M. Larimore
Clerk of Court

*s/ Ledys M. Rodriguez*
Deputy Clerk
U.S. District Courts