UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 17-21945–CIV-SCOLA/TORRES

NR GROUP 3 CONTRACTORS, INC.,

    Plaintiff/Counter-Defendant,
vs.

GROUP 3 CONTRACTORS, LLC,
GIANNI CORRADI, and GASTON CORRADI,

    Defendants/Counter-Plaintiffs.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

The parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, stipulate to the dismissal with prejudice of the claims and counterclaims asserted in this action. Each party shall bear its own attorneys' fees and costs.

    Respectfully submitted,

| | |
|---|---|
| HOLLAND & KNIGHT LLP | AVILA RODRIGUEZ HERNANDEZ |
| 701 Brickell Avenue, Suite 3300 | MENA & FERRI LLP |
| Miami, Florida 33131 | 2525 Ponce de Leon Blvd., Suite 1255 |
| (305) 374-5800 (telephone) | Coral Gables, Florida 33134 |
| (305) 789-7799 (facsimile) | (305) 779-3560 (telephone) |
| | (305) 779-3561 (facsimile) |
| By: /s/ Scott D. Ponce | By: /s/ Daniel O. Mena |
| Scott D. Ponce (FBN 0169528) | Daniel O. Mena (FBN 059579) |
| sponce@hklaw.com | dmena@arhmf.com |
| Brian W. Toth (FBN 57708) | Jennifer N. Hernandez (FBN 85961) |
| brian.toth@hklaw.com | jhernandez@arhmf.com |
| Attorneys for Plaintiff/Counter-Defendant | Attorneys for Defendants/Counter-Plaintiffs |